**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

*U.S. Courthouse and Federal Building*
*100 South Clinton Street*
*Syracuse, New York 13261*

September 25, 2013

Hon. David N. Hurd,
United States District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

**RE:** ***United States v. Michael Lombardo***
**Criminal No. 13-CR-344 (DNH)**

Dear Judge Hurd:

Enclosed is a proposed Preliminary Order of Forfeiture concerning property to be forfeited from the named defendant, Michael Lombardo, in the above-referenced case.

The Order implements the forfeiture components of the written Plea Agreement and applies the process set forth in both Fed. R. Crim. P. 32.2 and the applicable forfeiture statutes, in this instance 18 U.S.C. § 2253. I am also providing the defense counsel with a copy of the proposed Order. I do not anticipate any response, nor is one necessary, from defense counsel. I respectfully request that Your Honor sign this Order on or after ten days following the date of this letter, so as to provide defense counsel ample advance notice of the form and content of this proposed Order.

Once the ten days from the above date has elapsed, I respectfully request that you execute this Preliminary Order of Forfeiture and, once executed, cause the Order to be filed and return to me six date-stamped, certified copies of this Order.

Respectfully,

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ *Geoffrey J. L. Brown*

Geoffrey J. L. Brown
Assistant U. S. Attorney
Bar Roll No. 513495

GJLB/EAC
Encl.
cc: Don Kinsella, Esq. *(via ECF)*