

U.S. Department of Justice

*United States Attorney*
*Northern District of New York*

*U.S. Courthouse and Federal Building*
*100 South Clinton Street*
*Syracuse, New York 13261*

February 27, 2014

Hon. David N. Hurd,
United States District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

**RE:**   *United States v. Michael Lombardo*
           **Criminal No. 13-CR-344 (DNH)**

Dear Judge Hurd:

   Enclosed is a proposed Amended Preliminary Order of Forfeiture concerning property to be forfeited from the named defendant, Michael Lombardo, in the above-referenced case. Defense counsel has advised that the defendant consents to the forfeiture of two additional items.

   I am also providing the defense counsel with a copy of the proposed Order. I do not anticipate any response, nor is one necessary, from defense counsel.

   Because sentencing is scheduled for February 28, 2014, I respectfully request that Your Honor sign this Order at your earliest convenience and once signed, cause the Order to be filed and return to me six date-stamped, certified copies of this Order.

                                       Respectfully,

                                       RICHARD S. HARTUNIAN
                                       United States Attorney

                              By:   /s/ *Geoffrey J. L. Brown*

                                       Geoffrey J. L. Brown
                                       Assistant U. S. Attorney
                                       Bar Roll No. 513495

GJLB/jdt
Attachment
cc:  Don Kinsella, Esq. *(via ECF)*