USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# ORIGINAL PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 13-CR-344 |
| DEFENDANT | TYPE OF PROCESS |
| Michael Lombardo | Forfeiture - DISPOSAL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICHARD S. HARTUNIAN, United States Attorney, NDNY
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 27 2017
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please dispose of the following property in accordance with the law:
(1) One Apple Laptop, Serial Number: COZF91XPDH2L;
(2) One Apple Laptop, Serial Number: W86250PDVWX;
(3) One ASUS EEE Laptop, FCC Number: MCQEOSNE785;
(4) One Motorola Droid MSN: K566NL2FQZ;
(5) One Fantom external hard drive, Serial Number: SL0429368; and
(6) One Seagate barracuda external hard drive, Serial Number: 9QG7LLGY.    (CATS #: 12-FBI-009152)

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA Tamara B. Thomson /s/ Tamara B. Thomson by EAC | | 315-448-0672 | 9/13/2016 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk JA Brown | Date 9-13-16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 2-24-17 | | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | $0.00 |

REMARKS:
11-16-2016: Hard drives Destroyed
2-7-2017: Laptops + phone Destroyed

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



Department of Justice
Federal Prison Industries, Inc.
Recycling Business Group
Washington, DC 20534

# Federal Prison Industries, Inc.
## UNICOR

## CERTIFICATE OF REUSE OR RECYCLING

Material Received From:  **US Marshals Service - Syracuse NY**

Location (City, State):  **Syracuse, NY 13261**

Date Received:  **February 7, 2017**

Lot Weight:  **52 lbs**

Description:  **Miscellaneous Electronic & Computer Equipment**

All material has been received, identified and processed. Each item has been evaluated for reuse of entire unit, or component parts. Material that did not meet reuse criteria has been de-manufactured and recycled as scrap. All reuse and recycling was done in conformance with Federal, state and local regulations and certifications for Responsible Recycling (R2), ISO 9001 and 14001 and OHSAS 18001.

**Lewisburg Recycling Center**
UNICOR Processing Facility

_R. Rush_           _2/7/17_
Facility Representative         Date

Title: Form: Certificate of Recycling
13 June 2016

Documents Name: #qp7230-2
Page 1 of 1
Revision: C

# UNICOR Electronics Recycling

2400 Robert Miller Drive, PO Box 1000
Lewisburg, PA 17837
570-522-7604
570-522-7687 Fax

# Receiving Report

| Date | Receiver # |
|---|---|
| 02/07/17 | R290-17 |

**Bill To**
US Marshals Service - Syracuse NY

100 S. Clinton St. 10th Floor
PO Box 7198
Syracuse, NY 13261
Sean Harrigan
AFD.Property@usdoj.gov, Sean Harrigan

| | |
|---|---|
| SAP # | |
| PO #: | |
| Trailer # : | |
| Seal # : | |
| CBL # : | |

| Item Code | Gross | Tare | Net | Skid # | Description |
|---|---|---|---|---|---|
| 1014 | 12 | | 12 | 1 | Computers - Misc Computer Equipment |
| 1014 | 20 | | 20 | 2 | Computers - Misc Computer Equipment |
| 1014 | 20 | | 20 | 3 | Computers - Misc Computer Equipment |
| Totals | 52 | - | 52 | | Monitor & TV Weight    - |

Please visit our website for tips on packaging your material correctly
www.unicor.gov/recycling/packageinfo.cfm

Signature: *R. Rush*     Date: 2/7/17

Title: Form: Receiving Report
22 March 2011

Documents Name: #qp8000-2b
Page 1 of 2
Revision: B

## DESTRUCTION CERTIFICATION

We certify that on  11/16/16  , the following property was destroyed at the Federal Bureau of Investigation located at 200 McCarty Avenue Albany, New York, and that the undersigned individuals personally observed and/or destroyed the property.

305D-AL-49366
12-FBI-09152
3010150069

Property/Asset Description:

1B3 – One (1) Fantom external hard drive, SN: SL0429368 Containing Hitachi HD 1TB HD SN: HDQP4H7C
1B41 - One (1) Seagate Barracuda external Hard Drive SN: 9QG7LLGY

Witnesses:

_____
Signature

Eve Heath
Name (Printed)

Forfeiture Paralegal
Title

_____
Signature

JAY E. HOSSLS
Name (Printed)

I75
Title

Fujitsu Internal Hard Drive SN: NW69TT6526DS0
Seagate Internal Hard Drive SN: 5VD7GJD8
Western Digital Internal Hard Drive SN: WX61AA0V2367